Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_____April 23_____ 20_25_
                    Ravi Subramanian, Clerk
By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff

           v.

1. MARQUIS JACKSON,
2. MARKELL JACKSON,
3. MANDEL JACKSON,
4. EDGAR VALDEZ,
5. KEONDRE JACKSON,
6. MICHAEL YOUNG,
7. SIR TERRIQUE MILAM,
8. TYRELL LEWIS,
9. ROBERT JOHNSON,
10. MATELITA JACKSON,
11. MIRACLE PATU-JACKSON,
12. DIYANA ABRAHA,
15. ROBERT BELLAIR,
16. RONALD FINKBONNER,
17. PATRICK JAMES,
19. CHAD CONTI,
20. PHILLIP LAMONT ALEXANDER,
21. TREYVON MITCHELL, and
22. DEJAUN RANSAW.

              Defendants.

NO. CR24-164 JNW

**SECOND SUPERSEDING INDICTMENT**

//
//

Second Superseding Indictment - 1
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury charges that:

2    ## COUNT 1

3    ### (Conspiracy to Distribute Controlled Substances)

4    Beginning at a time unknown, and continuing until at least October 2, 2024, in

5    King, Pierce, Snohomish, and Whatcom Counties, within the Western District of

6    Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON, MANDEL

7    JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, MICHAEL YOUNG, SIR

8    TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA

9    JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR,

10   RONALD FINKBONNER, PATRICK JAMES, CHAD CONTI, PHILLIP LAMONT

11   ALEXANDER, TREYVON MITCHELL, DEJAUN RANSAW, and others known and

12   unknown, did knowingly and intentionally conspire to distribute controlled substances,

13   including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), N-(4-

14   fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (p-fluorofentanyl – a

15   fentanyl analogue), methamphetamine, and marihuana, substances controlled under

16   Title 21, United States Code.

17   The Grand Jury further alleges that with respect to MARQUIS JACKSON,

18   MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE

19   JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM, TYRELL LEWIS,

20   ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON,

21   DIYANA ABRAHA, ROBERT BELLAIR, RONALD FINKBONNER, PATRICK

22   JAMES, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL,

23   and DEJAUN RANSAW, their conduct as members of the conspiracy charged in

24   Count 1, which includes the reasonably foreseeable conduct of other members of the

25   conspiracy charged in Count 1, involved 400 grams or more of a mixture or substance

26   containing fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

27

Second Superseding Indictment - 2
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that with respect to MARQUIS JACKSON,

2 MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE

3 JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM, TYRELL LEWIS,

4 ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON,

5 DIYANA ABRAHA, ROBERT BELLAIR, RONALD FINKBONNER, PATRICK

6 JAMES, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL,

7 and DEJAUN RANSAW, their conduct as members of the conspiracy charged in

8 Count 1, which includes the reasonably foreseeable conduct of other members of the

9 conspiracy charged in Count 1, involved 100 grams or more of a mixture and substance

10 containing a detectable amount of any fentanyl analogue, in violation of Title 21, United

11 States Code, Sections 841(b)(1)(A).

12    The Grand Jury further alleges that with respect to EDGAR VALDEZ, their

13 conduct as members of the conspiracy charged in Count 1, which includes the reasonably

14 foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50

15 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500

16 grams or more of a mixture or substance containing a detectable amount of

17 methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21,

18 United States Code, Sections 841(b)(1)(A).

19    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A),

20 841(b)(1)(D), and 846.

21    ## COUNT 2

22    **(Conspiracy to Commit Money Laundering)**

23 **A.    The Conspiracy**

24    Beginning at a time unknown, and continuing until at least October 2, 2024, in

25 King, Pierce, Snohomish, and Whatcom Counties, within the Western District of

26 Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON,

27

Second Superseding Indictment - 3
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    MATELITA JACKSON, DIYANA ABRAHA, and others known and unknown, did

2    knowingly combine, conspire, and agree with each other and with other persons known

3    and unknown to the Grand Jury to commit offenses against the United States in violation

4    of Title 18, United States Code, Section 1956, to wit:

5            1.      To knowingly conduct and attempt to conduct financial transactions

6    affecting interstate commerce and foreign commerce, which transactions involved the

7    proceeds of specified unlawful activity, that is, Conspiracy to Distribute Controlled

8    Substances as charged in Count 1, knowing that the transactions were designed in whole

9    or in part to conceal and disguise the nature, location, source, ownership, and control of

10   the proceeds of specified unlawful activity, and that while conducting and attempting to

11   conduct such financial transactions, knew that the property involved in the financial

12   transactions represented the proceeds of some form of unlawful activity, in violation of

13   Title 18, United States Code, Section 1956(a)(1)(B)(i); and

14           2.      To knowingly conduct and attempt to conduct financial transactions

15   affecting interstate commerce and foreign commerce, which transactions involved the

16   proceeds of specified unlawful activity, that is, Conspiracy to Distribute Controlled

17   Substances as charged in Count 1, knowing that the transactions were designed in whole

18   or in part to avoid a transaction reporting requirement under State or Federal Law, and

19   that while conducting and attempting to conduct such financial transactions, knew that

20   the property involved in the financial transactions represented the proceeds of some form

21   of unlawful activity, in violation of Title 18, United States Code, Section

22   1956(a)(1)(B)(ii).

23           All in violation of Title 18, United States Code, Section 1956(h).

24   //

25   //

26

27

Second Superseding Indictment - 4
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

## COUNT 3

### (Distribution of a Controlled Substance)

On or about October 31, 2023, in Snohomish County, within the Western District of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl and p-fluorofentanyl (a fentanyl analogue), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that the offense involved 100 grams or more of a mixture and substance containing a detectable amount of any fentanyl analogue.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4

### (Distribution of a Controlled Substance)

On or about December 7, 2023, in Snohomish County, within the Western District of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

Second Superseding Indictment - 5
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Grand Jury further alleges that this offense was committed during and in

2  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

3  Substances).

4  All in violation of Title 21, United States Code, Sections 841(a)(1) and

5  841(b)(1)(A), and Title 18, United States Code, Section 2.

6  ## COUNT 5

7  **(Distribution of a Controlled Substance)**

8  On or about March 7, 2024, in Snohomish County, within the Western District of

9  Washington, and elsewhere, MARKELL JACKSON, ROBERT JOHNSON, and others

10  known and unknown, did knowingly and intentionally distribute, and aid and abet the

11  distribution of, a controlled substance, including: fentanyl, a substance controlled under

12  Title 21, United States Code.

13  The Grand Jury further alleges that the offense involved 400 grams or more of a

14  mixture or substance containing fentanyl.

15  The Grand Jury further alleges that this offense was committed during and in

16  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

17  Substances).

18  All in violation of Title 21, United States Code, Sections 841(a)(1) and

19  841(b)(1)(C), and Title 18, United States Code, Section 2.

20  ## COUNT 6

21  **(Possession with Intent to Distribute a Controlled Substance)**

22  On or about December 7, 2023, in Whatcom County, within the Western District

23  of Washington, and elsewhere, ROBERT BELLAIR, MARKELL JACKSON, and others

24  known and known, did knowingly and intentionally possess, and aid and abet the

25  possession of, with the intent to distribute, a controlled substance, including: fentanyl, a

26  substance controlled under Title 21, United States Code.

27

Second Superseding Indictment - 6
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Grand Jury further alleges that the offense involved 400 grams or more of a

2  mixture or substance containing fentanyl.

3  The Grand Jury further alleges that this offense was committed during and in

4  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

5  Substances).

6  All in violation of Title 21, United States Code, Sections 841(a)(1) and

7  841(b)(1)(A), and Title 18, United States Code, Section 2.

8  <u>**COUNT 7**</u>

9  **(Possession with Intent to Distribute a Controlled Substance**)

10  On or about February 9, 2023, in Whatcom County, within the Western District of

11  Washington, and elsewhere, RONALD FINKBONNER did knowingly and intentionally

12  possess, with the intent to distribute, a controlled substance, including: fentanyl and

13  methamphetamine, substances controlled under Title 21, United States Code.

14  The Grand Jury further alleges that the offense involved 40 grams or more of a

15  mixture or substance containing fentanyl.

16  The Grand Jury further alleges that this offense was committed during and in

17  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

18  Substances).

19  All in violation of Title 21, United States Code, Sections 841(a)(1) and

20  841(b)(1)(B) and 841(b)(1)(C).

21  <u>**COUNT 8**</u>

22  **(Possession with Intent to Distribute a Controlled Substance**)

23  On or about July 22, 2024, in Whatcom County, within the Western District of

24  Washington, and elsewhere, RONALD FINKBONNER did knowingly and intentionally

25  possess, with the intent to distribute, a controlled substance, including: fentanyl and

26  methamphetamine, substances controlled under Title 21, United States Code.

27

Second Superseding Indictment - 7
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that this offense was committed during and in

2    furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

3    Substances).

4    All in violation of Title 21, United States Code, Sections 841(a)(1) and

5    841(b)(1)(C).

6    ## COUNT 9

7    **(Possession with Intent to Distribute a Controlled Substance)**

8    On or about August 21, 2024, in Whatcom County, within the Western District of

9    Washington, and elsewhere, PATRICK JAMES did knowingly and intentionally possess,

10    and aid and abet the possession of, with the intent to distribute, a controlled substance,

11    including: fentanyl, a substance controlled under Title 21, United States Code.

12    The Grand Jury further alleges that the offense involved 40 grams or more of a

13    mixture or substance containing fentanyl.

14    The Grand Jury further alleges that this offense was committed during and in

15    furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

16    Substances).

17    All in violation of Title 21, United States Code, Sections 841(a)(1) and

18    841(b)(1)(B) and Title 18, United States Code, Section 2.

19    ## COUNT 10 - RESERVED

20    ## COUNT 11

21    **(Possession with Intent to Distribute a Controlled Substance)**

22    On or about October 2, 2024, in King County, within the Western District of

23    Washington, and elsewhere, CHAD CONTI did knowingly and intentionally possess,

24    with the intent to distribute, a controlled substance, including: fentanyl and

25    p-fluorofentanyl (a fentanyl analogue), substances controlled under Title 21, United

26    States Code.

27

Second Superseding Indictment - 8
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that the offense involved 40 grams or more of a

2 mixture or substance containing fentanyl.

3    The Grand Jury further alleges that this offense was committed during and in

4 furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

5 Substances).

6    All in violation of Title 21, United States Code, Sections 841(a)(1) and

7 841(b)(1)(B).

8                    **COUNT 12**

9              **(Possession with Intent to Distribute a Controlled Substance)**

10    On or about October 2, 2024, in Whatcom County, within the Western District of

11 Washington, and elsewhere, PHILLIP LAMONT ALEXANDER did knowingly and

12 intentionally possess, with the intent to distribute, a controlled substance, including:

13 fentanyl, a substance controlled under Title 21, United States Code.

14    The Grand Jury further alleges that the offense involved 40 grams or more of a

15 mixture or substance containing fentanyl.

16    The Grand Jury further alleges that this offense was committed during and in

17 furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

18 Substances).

19    All in violation of Title 21, United States Code, Sections 841(a)(1) and

20 841(b)(1)(B).

21                    **COUNT 13**

22    **(Possession with Intent to Manufacture and Distribute a Controlled Substance)**

23    On or about October 2, 2024, in King County, within the Western District of

24 Washington, and elsewhere, MANDEL JACKSON, DEJAUN RANSAW, and others

25 known and unknown, did knowingly and intentionally manufacture and possess, with the

26 intent to distribute, and aid and abet the manufacture and possession of, with intent to

27

Second Superseding Indictment - 9
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

distribute, a controlled substance, including: marijuana, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**FORFEITURE ALLEGATION**

The allegations contained in Counts 1 through 9 and 11 through 13 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 3 through 9, and 11 through 13, MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, RONALD FINKBONNER, PATRICK JAMES, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, and DEJAUN RANSAW shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from proceeds traceable to the offense, as well as any property used or intended to be used to facilitate the offense.

Upon conviction of the offense alleged in Count 2, MARQUIS JACKSON, MARKELL JACKSON, MATELITA JACKSON, and DIYANA ABRAHA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any

Second Superseding Indictment - 10
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   property, real or personal, involved in the offense, or any property traceable to such

2   property.

3         **Substitute Assets.** If any of the above-described forfeitable property, as a result of

4   any act or omission of the defendants,

5               a.    cannot be located upon the exercise of due diligence;

6               b.    has been transferred or sold to, or deposited with, a third party;

7               c.    has been placed beyond the jurisdiction of the Court;

8               d.    has been substantially diminished in value; or

9               e.    has been commingled with other property which cannot be divided

10                    without difficulty,

11  ///

12  ///

Second Superseding Indictment - 11
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the

2  defendant, up to the value of the above-described forfeitable property, pursuant to

3  Title 21, United States Code, Section 853(p).

4

5                    A TRUE BILL:

6                    DATED: 4/23/2025

7

8                         *Signature of Foreperson redacted pursuant*
                          *to the policy of the Judicial Conference of*
9                         *the United States.*

10                        _____

11                        FOREPERSON

12  TEAL LUTHY MILLER
    Acting United States Attorney

13

14

15  VINCENT T. LOMBARDI
    Assistant United States Attorney

16

17

18  ZACHARY W. DILLON
    Assistant United States Attorney

19

20

21

22

23

24

25

26

27

Second Superseding Indictment - 12                      UNITED STATES ATTORNEY
*United States v. Jackson et al.*, CR24-164 JNW          700 STEWART STREET, SUITE 5220
USAO No. 202300950                                       SEATTLE, WASHINGTON 98101
                                                         (206) 553-7970